**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DERRICK T. BENNETT**                                                   **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 4:22-cv-50-DMB-JMV**

**ADVANCED DISTRIBUTOR PRODUCTS**                                **DEFENDANT**

## ORDER TERMINATING MOTION FOR DISCOVERY AS MOOT

Before the Court is the *pro se* Plaintiff's motion for discovery [25]. The Court, having considered the motion, finds that it is improperly filed and shall be TERMINATED AS MOOT. *Pro se* Plaintiff is instructed that any discovery requests shall be made directly to Defendant's counsel.

**SO ORDERED** this, the 22nd day of July, 2022.

                                                       /s/ Jane M. Virden
                                                       **UNITED STATES MAGISTRATE JUDGE**