# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DERRICK T. BENNETT**                                                             **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 4:22-cv-50-JMV**

**ADVANCED DISTRIBUTOR PRODUCTS**                        **DEFENDANT**

## JUDGMENT

For the reasons given in this Court's Order [91] entered on May 11, 2023, it is hereby ordered and adjudged that this case is dismissed with prejudice.

SO ORDERED, this the 14th day of June, 2023.

                                                                /s/ Jane M. Virden
                                                                **UNITED STATES MAGISTRATE JUDGE**